Manuel Rose
vs.
Standard Oil Company of New York, Inc. } Law. No. 89684

June 21, 1933.

WALSH, J. In above entitled case, the motions to strike out are granted. Reference is hereby made to rescript of June 20, 1933 filed in *Manuel Rose vs. Socony-Vacuum Corporation*, Law No. 89,685, beginning middle of page 9 and extending to bottom of page eleven of said rescript.

•For plaintiff: William A. Needham, Albert A. Baker, Baker & Spicer.

For defendant: F. I. McCanna.